UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PERMASTEELISA NORTH AMERICA
CORP.,

        Plaintiff,

-against-

LIBERTY MUTUAL FIRE INSURANCE
COMPANY.

        Defendant.
------------------------------------------------------------x

Civil Action No.: 

LIBERTY MUTUAL'S LOCAL
CIVIL RULE 7.1 STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant LIBERTY MUTUAL FIRE INSURANCE COMPANY (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

      None.

Dated: New York, New York
       May 23, 2008

Respectfully submitted,

JAFFE & ASHER LLP

By: 
   Marshall T. Potashner (MTP-3552)
Attorneys for Defendant
LIBERTY MUTUAL FIRE INSURANCE
COMPANY
600 Third Avenue, 9th Floor
New York, New York 10016
(212) 687-3000