SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
------------------------------------------------------------x

PERMASTEELISA NORTH AMERICA
CORP.,                                                    Index No. 106641/08

                        Plaintiff,

        -against-
                                                         **AFFIDAVIT OF SERVICE**

LIBERTY MUTUAL FIRE INSURANCE
COMPANY.

                        Defendant.
------------------------------------------------------------x
STATE OF NEW YORK      )
                       )ss:
COUNTY OF NEW YORK)

        I, Elaine Panykaninec, being sworn, say: I am not a party to the action, am over 18 years of age and reside in the State of New Jersey, County of Bergen.

        That on June 5, 2008, I served a copy of the within **Notice to Dismiss the Complaint**, by mailing same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, to the following:

                        CLIFTON BUDD & DEMARIA, LLP
                        420 Lexington Avenue, Suite 420
                        New York, New York 10170-0089

                                        _Elaine Panykaninec_
                                        Elaine Panykaninec

Sworn to before me this
5th day of June, 2008

_____
NOTARY PUBLIC

DAVID R. SHYER
Notary Public - State of New York
No. 02SH6136651
Qualified in New York County
My Comm. Expires Nov. 14, 2009

1