SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-----------------------------------------------------------x
PERMASTEELISA NORTH AMERICA
CORP.,

        Index No. 106641/08

      Plaintiff,

  -against-

        **AFFIDAVIT OF SERVICE**

LIBERTY MUTUAL FIRE INSURANCE
COMPANY.

      Defendant.
-----------------------------------------------------------x
STATE OF NEW YORK  )
                         )ss:
COUNTY OF NEW YORK)

      I, Elaine Panykaninec, being sworn, say: I am not a party to the action, am over 18 years of age and reside in the State of New Jersey, County of Bergen.

      That on June 5, 2008, I served a copy of the within **Memorandum of Law In Support of Libertys' Mutual Motion to Dismiss**, by mailing same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, to the following:

        CLIFTON BUDD & DEMARIA, LLP
        420 Lexington Avenue, Suite 420
        New York, New York 10170-0089

                                _____
                                Elaine Panykaninec

Sworn to before me this
5th day of June, 2008

NOTARY PUBLIC

    SUSAN E. FIORETTI
Notary Public, State of New York
      No. 01FL4923004
  Qualified in Queens County
Commission Expires March 14, 20 10

1