UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PERMASTEELISA NORTH AMERICA      Civil Action No.
CORP.,     08 Civ. 4663 (LAK)(AJP)

      Plaintiff,

  -against-

LIBERTY MUTUAL FIRE INSURANCE     **NOTICE OF MOTION TO**
COMPANY,     **DISMISS THE COMPLAINT**

      Defendant.
------------------------------------------------------------x

**M A D A M S/S I R S:**

    **PLEASE TAKE NOTICE**, that upon the annexed affidavit of Marshall T. Potashner, sworn to on June 5, 2008, the Complaint annexed thereto, and the accompanying memorandum of law, defendant LIBERTY MUTUAL INSURANCE COMPANY ("Liberty Mutual") will move this Court before the Honorable Lewis A. Kaplan, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., Courtroom 12D, on a date and at a time determined by the Court, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6) & (7), Fed. R. Civ. P. 17(a), and Fed. R. Civ. P. 19(a), dismissing the Complaint of plaintiff PERMASTEELISA NORTH AMERICA CORP. ("Permasteelisa") unless Travelers Indemnity Company and National Union Fire Insurance Company of Pittsburgh, PA are substituted in the place and instead of Permasteelisa as the real parties in interest and as necessary and indispensible parties in the fair and just adjudication of the issues herein, dismissing Permasteelisa's pray for recovery of the attorneys' fees incurred in prosecuting this action, and granting Liberty Mutual the costs

1

and disbursements of this action, together with such other and further relief as this Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), any opposing affidavits and answering memoranda shall be served upon the undersigned within ten (10) business days after service of the moving papers.

Dated: New York, New York
June 5, 2008

        Yours, etc.,

        JAFFE & ASHER LLP

        By: _____
           Marshall T. Potashner, Esq. (MP 3552)
           MPotashner@Jaffeandasher.com
        Attorneys for Defendant
        LIBERTY MUTUAL FIRE INSURANCE COMPANY
        600 Third Avenue
        New York, New York 10016
        (212) 687-3000

TO: CLIFTON BUDD & DEMARIA, LLP
    Attorneys for Plaintiff
    PERMASTEELISA NORTH AMERICA CORP.
    420 Lexington Avenue, Suite 420
    New York, New York 10170-0089
    (212) 687-7410