# CLIFTON BUDD & DeMARIA, LLP

A NEW YORK LIMITED LIABILITY PARTNERSHIP • LAW OFFICES

420 Lexington Avenue, New York, New York 10170-0089
tel 212.687.7410   fax 212.687.3285   www.cbdm.com

111 Washington Avenue
Suite 600
Albany, NY 12210
tel 518.452.0500
fax 518.689.4854

300 Broadacres Drive
Bloomfield, NJ 07003
tel 973.338.1039
fax 973.893.0499

June 17, 2008

Hon. Lewis A. Kaplan
United States District Judge
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *Permasteelisa North America Corp. v. Liberty Mutual Fire Insurance Company*
           Civil Action No. 08 CV 4863(LAK)(AJP)

Dear Judge Kaplan:

    This law firm is counsel for the Plaintiff in this case. Plaintiff requests an extension of time to respond to Defendant's motion to dismiss the complaint. Defendant consents to the extension. A stipulation setting forth the agreed schedule for the submission of all responses is attached. This request for an extension of time is the first request made.

    Thank you for your consideration of this matter.

                                           Sincerely,

                                           Sheryl Ewart Sorensen (SS 1577)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| PERMASTEELISA NORTH AMERICA CORP.,<br><br>    Plaintiff,<br><br>  v.<br><br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br>    Defendant. | **STIPULATION**<br><br>Civil Action No.<br>08 CV 4863 (LAK)(AJP) |

-----------------------------------------------------------x

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that the Plaintiff's time to serve its Opposition to Defendant's motion to dismiss the complaint is hereby extended to July 7, 2008, and

IT IS FURTHER STIPULATED AND AGREED, that Defendant shall serve its Reply to Plaintiff's opposition on or before July 23, 2008.

Date: June 13, 2008
New York, New York

JAFFE & ASHER, LLP

By: _____
Marshall T. Potashner (MP 3552)
Attorney for Defendant
600 Third Avenue
New York, New York 10016
(212)-687-3000

CLIFTON BUDD & DeMARIA, LLP

By: _____
Robert J. Tracy (RT 5260)
Attorney for Plaintiff
420 Lexington Avenue, Suite 420
New York, New York 10170
(212)-687-7410

SO ORDERED:                                   DATE:

_____                    _____
U.S.D.J. KAPLAN