UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | |
|---|---|
| PERMASTEELISA NORTH AMERICA CORP., <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL FIRE INSURANCE COMPANY, <br><br> Defendant. | STIPULATION <br><br> Civil Action No. <br> 08 CV 4863 (LAK)(AJP) |

-------------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/08

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that the Plaintiff's time to serve its Opposition to Defendant's motion to dismiss the complaint is hereby extended to July 7, 2008, and

IT IS FURTHER STIPULATED AND AGREED, that Defendant shall serve its Reply to Plaintiff's opposition on or before July 23, 2008.

RECEIVED
JUN 19 2008
JUDGE KAPLAN'S CHAMBERS

Date:  June 13, 2008
New York, New York

JAFFE & ASHER, LLP

By: _____
Marshall T. Potashner (MP 3552)
Attorney for Defendant
600 Third Avenue
New York, New York 10016
(212)-687-3000

CLIFTON BUDD & DeMARIA, LLP

By: _____
Robert J. Tracy (RT 5260)
Attorney for Plaintiff
420 Lexington Avenue, Suite 420
New York, New York 10170
(212)-687-7410

SO ORDERED:

_____
U.S.D.J. KAPLAN
Sidney H. Stein
but I

DATE:

6/23/08

2