UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
PERMASTEELISA NORTH AMERICA CORP.,

              Plaintiff,

-against-

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

              Defendant.
----------------------------------------------------------x

Civil Action No.
08 Civ. 4863 (LAK)(AJP)

**CERTIFICATE OF SERVICE**

      The undersigned, Marshall T. Potashner, Esq., hereby certifies that on July 14, 2008, I electronically filed the Reply Memorandum of Law in Further Support Of Liberty Mutual's Motion to Dismiss and the ECF system sent notification of such filing to the following:

      Robert Jeremiah Tracy    rjtracy@cbdm.com

Dated:  New York, New York
         July 14, 2008

                              Respectfully submitted,

                              JAFFE & ASHER LLP

                              By: _____
                                Marshall T. Potashner (MTP-3552)
                              Attorneys for Defendant
                              LIBERTY MUTUAL FIRE
                              INSURANCE COMPANY
                              600 Third Avenue, 9th Floor
                              New York, New York 10016
                              (212) 687-3000