UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PERMASTEELISA NORTH AMERICA           Civil Action No.
CORP.,                                08 Civ. 4863 (LAK)(AJP)

       Plaintiff,

  -against-

LIBERTY MUTUAL FIRE INSURANCE         STIPULATION
COMPANY,

       Defendant.
------------------------------------------------------------x

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that defendant's time to respond to the complaint is adjourned until and including August 26, 2008 to allow plaintiff additional time to comply with the Memorandum and Order of the Honorable Lewis A. Kaplan, dated July 15, 2008.

Dated:   New York, New York
          July 28, 2008

JAFFE & ASHER LLP                              CLIFTON BUDD & DEMARIA, LLP

By: _____                    By: _____
    Marshall T. Potashner, Esq. (MP-3552)            Robert J. Tracy, Esq. (RJT- 5260)
Attorneys for Defendant                        Attorneys for Plaintiff
LIBERTY MUTUAL FIRE INSURANCE                  PERMASTEELISA NORTH AMERICA
COMPANY                                        CORP.
600 Third Avenue, 9th Floor                    420 Lexington Avenue, Suite 420
New York, New York 10016                       New York, New York 10170-0089
(212) 687-3000                                 (212) 687-7410

SO ORDERED:

_____
HON. LEWIS A. KAPLAN, U.S.D.J.

7/28/08

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/28/08