UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
PERMASTEELISA NORTH AMERICA CORP.,  :
: Civil Action No. 08 Civ. 4863
Plaintiff,  : (LAK)(AJP)
:
v.  : **NOTICE OF DISMISSAL**
: **WITHOUT PREJUDICE**
LIBERTY MUTUAL FIRE INSURANCE  :
COMPANY,  :
:
Defendant.  :
:
------------------------------------------------------------x

**PLEASE TAKE NOTICE**, that pursuant to Fed. R. Civ. P. 41(a), Plaintiff Permasteelisa North America Corp., by and through its attorneys, Clifton Budd & DeMaria, LLP, voluntarily dismisses the above-captioned action without prejudice.

Dated: New York, New York
       August 13, 2008

                                        Respectfully submitted,

                                        CLIFTON BUDD & DeMARIA, LLP
                                        Attorneys for Plaintiff

                                        By: _____
                                            Robert J. Tracy (RT – 5260)
                                            420 Lexington Avenue, Suite 420
                                            New York, NY 10170
                                            (212) 687-7410

To:   Marshall T. Potashner, Esq.
      Jaffe & Asher, LLP
      Attorneys for Defendant
      600 Third Avenue
      New York, New York 10016