UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
PERMASTEELISA NORTH AMERICA
CORP.,

        Civil Action No.:
        08 Civ. 4863 (LAK)(AJP)

      Plaintiff,

-against-

        **CERTIFICATE OF SERVICE**

LIBERTY MUTUAL FIRE INSURANCE
COMPANY.

      Defendant.
----------------------------------------------------------x

    The undersigned, David R. Shyer, Esq., hereby certifies that on August 25, 2008, I electronically filed the **Answer** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

      Robert Jeremiah Tracy:    rjtracy@cbdm.com

Dated: New York, New York
      August 25, 2008

                            /s/ *David R. Shyer*

                            David R. Shyer, Esq. (DS 6506)