UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x
                                                :

PERMASTEELISA NORTH AMERICA CORP.,     :
                                                :   Civil Action No. 08 Civ. 4863
             Plaintiff,                    :   (LAK)(AJP)
                                                :

                  v.                 :   **STIPULATION OF DISMISSAL**
                                                :   **WITHOUT PREJUDICE**

LIBERTY MUTUAL FIRE INSURANCE        :
COMPANY,                               :

             Defendant.           :

-------------------------------------------------------------x

    **IT IS HEREBY STIPULATED AND AGREED**, that pursuant to Fed. R. Civ. P. 41(a),

the above-captioned action is voluntarily dismissed without prejudice.

    **IT IS FURTHER STIPULATED AND AGREED** that any subsequent action brought

by Plaintiff Permasteelisa North America Corp. against Liberty Mutual Fire Insurance Company

asserting the same claims for relief as were asserted in the within action shall be brought in the

United States District Court for the Southern District of New York.

CLIFTON BUDD & DeMARIA, LLP           JAFFE & ASHER, LLP

By: _____            By: _____
    Robert J. Tracy (RT-5260)              Marshall T. Potashner (MP-3552)
    Attorneys for Plaintiff                  Attorneys for Defendant
    420 Lexington Avenue, Suite 420         600 Third Avenue
    New York, NY 10170                 New York, NY 10016

Dated: September 8, 2008              Dated: September 5, 2008