# CLIFTON BUDD & DeMARIA, LLP

A NEW YORK LIMITED LIABILITY PARTNERSHIP • LAW OFFICES

420 Lexington Avenue, New York, New York 10170-0089
tel 212.687.7410   fax 212.687.3285   www.cbdm.com

11 Washington Avenue
Suite 600
Albany, NY 12210
tel 518.462.0500
fax 518.664.4854

360 Broadacres Drive
Bloomfield, NJ 07003
tel 973.338.1059
fax 973.893.0499

## MEMO ENDORSED

August 18, 2008

*Via Federal Express*
Hon. Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/08
```

Re:   *Permasteelisa North America Corp v. Liberty Mut. Fire Ins. Co.*
       Civil Action No.: 08 Civ. 4863

Dear Judge Kaplan:

This firm represents the plaintiff Permasteelisa North America Corp. ("Permasteelisa") in the above-captioned action. On Wednesday, August 13, 2008, Permasteelisa electronically filed the enclosed proposed Notice of Dismissal Without Prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The following day, the Clerk's office rejected the proposed Notice "due to the filing of responsive pleading(s)." After further discussion with the Clerk's office, we were directed to contact your Honor to resolve the issue of whether Permasteelisa is permitted to voluntarily dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Fed. R. Civ. P. 41(a)(1)(A) establishes that a "plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment..." As stated by the Second Circuit:

> So long as plaintiff has not been served with his adversary's answer or motion for summary judgment he need do no more than file a Notice of dismissal with the Clerk...this is a matter of right running to the plaintiff and may not be extinguished or circumscribed by adversary or court.

*Thorp v. Scarne*, 599 F.2d 1169, 1176 (2d Cir. 1979)(citations omitted).

To date, defendant Liberty Mutual Fire Insurance Company has not served either an answer or a motion for summary judgment in this action. A motion to dismiss has been decided

CLIFTON BUDD & DeMARIA, LLP

Hon. Lewis A. Kaplan
August 18, 2008
Page 2

in this action; however, the motion did not involve any substantive issues nor was it converted to a motion for summary judgment. Accordingly, Permasteelisa sought to voluntarily dismiss this action, as a motion to dismiss does not extinguish a plaintiff's right to voluntarily dismiss an action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). *See Seippel v. Jenkens & Gilchrist, P.C.*, 2004 U.S. Dist. LEXIS 24566 (S.D.N.Y. 2004)(*see attached*).

We respectfully request that your Honor direct the Clerk's office to accept for filing the enclosed proposed Notice of Dismissal Without Prejudice.

Respectfully submitted,

Robert J. Tracy (RT-5260)

Enc.

cc: Marshall A. Potashner, Esq. (via facsimile)

*[Handwritten order:] Granted. Cap[tives] [cf.] Opr Co. v. [Compton?] No. 08 Civ 2976 (LAK) (SDNY dated May 27, 2008) SO ORDERED*

LEWIS A. KAPLAN, USDJ
9/5/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PERMASTEELISA NORTH AMERICA CORP.,

        Plaintiff,

v.

LIBERTY MUTUAL FIRE INSURANCE
COMPANY,

        Defendant.

------------------------------------------------------------x

Civil Action No. 08 Civ. 4863
(LAK)(AJP)

**NOTICE OF DISMISSAL
WITHOUT PREJUDICE**

**PLEASE TAKE NOTICE**, that pursuant to Fed. R. Civ. P. 41(a), Plaintiff Permasteelisa North America Corp., by and through its attorneys, Clifton Budd & DeMaria, LLP, voluntarily dismisses the above-captioned action without prejudice.

Dated: New York, New York
       August 13, 2008

                                    Respectfully submitted,

                                    CLIFTON BUDD & DeMARIA, LLP
                                    Attorneys for Plaintiff

                                By: _____
                                    Robert J. Tracy (RT – 5260)
                                    420 Lexington Avenue, Suite 420
                                    New York, NY 10170
                                    (212) 687-7410

To:    Marshall T. Potashner, Esq.
         Jaffe & Asher, LLP
         Attorneys for Defendant
         600 Third Avenue
         New York, New York 10016